[No. 48236-0-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00378-6, Gerald L. Knight, J., entered March 12, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 48898-8-I.   Division One.   July 21, 2003.]

KIMAN PARK, *Individually and as General Partner*, ET AL., *Appellants*, v. PUGET SOUND ENERGY, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 97-2-17866-5, Bruce W. Hilyer, William L. Downing, and Steven G. Scott, JJ., entered March 25, 1999, November 22, 2000, and June 26, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Baker and Agid, JJ.

[Nos. 48959-3-I; 49037-1-I.   Division One.   July 21, 2003.]

MARTYNA M. THURSTON, *Respondent*, v. MARTIN A. GODSIL, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 92-2-29209-2, Steven G. Scott, J., entered August 18 and November 1, 2000, and May 15, 2001. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Baker, JJ.

[No. 49034-6-I.   Division One.   July 21, 2003.]

MYRNA M. IZIDOR, *as Personal Representative, Appellant*, v. JOSEPH E. KNIGHT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-52284-2, Palmer Robinson, J., entered July 31, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.